```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Eudis Nokaidel Castillo Soto, individually and on behalf of others similarly situated,**

                **Plaintiff,**

      **-against-**

**Daniel's Deli & Grocery Corp. d/b/a BBC Deli & Grocery f/d/b/a/ Daniel's Deli & Grocery et al.,**

               **Defendants.**

1:18-cv-12031 (PGG) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The parties are directed to appear for a Telephone Conference in this action on Friday, July 31, 2020 at 12:00 p.m. The parties shall be prepared to address the matters raised in Plaintiff's July 26, 2020 Letter Motion (ECF No. 40). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:      New York, New York
                July 27, 2020

_____
STEWART D. AARON
United States Magistrate Judge