```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Eudis Nokaidel Castillo Soto, individually and on behalf of others similarly situated,**

                     **Plaintiff,**

          -against-

**Daniel's Deli & Grocery Corp. d/b/a BBC Deli & Grocery f/d/b/a/ Daniel's Deli & Grocery et al.,**

                     **Defendants.**

1:18-cv-12031 (PGG) (SDA)

<u>ORDER</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Following a telephone conference with the parties, it is hereby Ordered that, no later than August 14, 2020, the parties shall file a joint letter indicating whether they will be moving forward with settlement and, if not, setting forth their proposal for how this action shall proceed.

**SO ORDERED.**

DATED:      New York, New York
               July 31, 2020

                                                    _____
                                                    STEWART D. AARON
                                                    United States Magistrate Judge