```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
EUDIS NOKAIDEL CASTILLO SOTO,                       :
                                                    :
                          Plaintiff,                :
                                                    :    18-CV-12031 (JPC)
            -v-                                     :
                                                    :    ORDER
DANIEL'S DELI & GROCERY CORP. et al.,               :
                                                    :
                          Defendants.               :
                                                    :
------------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

JOHN P. CRONAN, United States District Judge:

On October 15, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 29, 2020. (Dkt. 49.) The parties failed to submit this letter to the Court. Within one week of the filing of this Order, it is hereby ORDERED that either (1) the parties must file on ECF the joint letter described in Dkt. 49 or (2) each party must submit a letter, of no more than five pages, showing cause why sanctions should not be imposed in light of the parties' failure to comply with the Court's Order of October 15, 2020.

SO ORDERED.

Dated: October 31, 2020
       New York, New York

_____
JOHN P. CRONAN
United States District Judge