**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

Eudis Nokaidel Castillo Soto, *individually and on behalf of others similarly situated,*

        *Plaintiff*,

        -against-

Daniel's Deli & Grocery Corp. (d/b/a BBC Deli & Grocery (f/d/b/a Daniel's Deli & Grocery)), BBC Deli Grocery Corp. (d/b/a BBC Deli & Grocery (f/d/b/a Daniel's Deli & Grocery)), Benjamin Jasquez, and Rafael Clase,

        *Defendants.*
---------------------------------------------------------X

Case No. 1:18-cv-12031

**(PROPOSED) JUDGMENT**

        WHEREAS on or about November 2, 2020, Defendants Daniel's Deli & Grocery Corp. (d/b/a BBC Deli & Grocery (f/d/b/a Daniel's Deli & Grocery)), BBC Deli Grocery Corp. (d/b/a BBC Deli & Grocery (f/d/b/a Daniel's Deli & Grocery)), Benjamin Jasquez, and Rafael Clase extended to Plaintiff Eudis Nokaidel Castillo Soto an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of eighteen thousand dollars and zero cents ($18,000.00), and whereas said Plaintiff accepted said offer on or about November 2, 2020,

        JUDGMENT shall be entered in favor said Plaintiff against said Defendants in the amount of eighteen thousand dollars and zero cents ($18,000.00).

Dated:  New York, New York

        _____ , 2020.

                                                          _____
                                                           JOHN P. CRONAN, U.S.D.J.